# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEFFREY ACOSTA, AN INDIVIDUAL,
Appellant,
vs.
ALLIEDBARTON SECURITY
SERVICES, LLC, A FOREIGN LIMITED
LIABILITY COMPANY; AND RICHARD
PERAZA ANDRADE, AN INDIVIDUAL,
Respondents.

JEFFREY ACOSTA, AN INDIVIDUAL,
Appellant,
vs.
ALLIEDBARTON SECURITY
SERVICES, LLC, A FOREIGN LIMITED
LIABILITY COMPANY; AND RICHARD
PERAZA ANDRADE, AN INDIVIDUAL,
Respondents.

No. 71679

FILED

MAR 02 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

No. 72275 ✓

## *ORDER DISMISSING APPEALS*

The parties have filed stipulations to dismiss these appeals. They seek the dismissal of these appeals, waiver the award of attorney fees and costs against appellant made in the district court's December 8, 2016, order, to vacate the district court's December 8, 2016, order, and the return of the appellate and supersedeas bonds posted by appellant. The stipulations are approved to the following extent: these appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). All other relief requested by the parties is appropriately sought in the district court rather than this court.

It is so ORDERED.

_____Cherry_____, C.J.

17-07220

cc: Hon. Patrick Flanagan, District Judge
Robert L. Eisenberg, Settlement Judge
Laurie A. Yott, Settlement Judge
Luke A. Busby
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA